AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

United States of America ex rel.  
HOMER JAMES

**JUDGMENT IN A CIVIL CASE**

DOCKETED JUL 0 6 2001

v.

Case Number: 98 C 7230

THOMAS P. ROTH

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Homer James' petition for writ of habeas corpus is denied.

Michael W. Dobbins, Clerk of Court

Date: 7/5/2001

Eric Fulbright, Deputy Clerk